

USPS Certified Mail Return Receipt (PS Form 3811, July 2015)

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X *[signed] Chris Lair*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Chris Lair
C. Date of Delivery: 1/5/22

1. Article Addressed to:

Clerk - St. Tammany Parish
22nd Judicial District Court
P.O. Box 1090
Covington, LA 70434

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

9590 9402 5674 9346 9033 81

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label):
7014 2120 0003 8730 9467

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

USPS TRACKING #

9570 9402 5674 9346 9033 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

FILED EASTERN DISTRICT OF LOUISIANA
JAN 1 1 2022
CAROL L. MICHEL
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

• Sender: Please print your name, address, and ZIP+4® in this box•

**CLERK'S OFFICE, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**500 POYDRAS STREET  ROOM C-151**
**NEW ORLEANS, LA 70130**

21-2259 #A