

Case 2:21-cv-02259-ILRL-JVM Document 5-2 Filed 01/11/22 Page 1 of

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Tammany Parish
District Attorney's Office
701 North Columbia Street
Covington, LA 70433

9590 9402 5674 9346 9037 32

2. Article Number (Transfer from service label)

7014 2120 0003 8730 9474

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Robert [illegible]*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
*Robert [illegible]*

C. Date of Delivery
1-5-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [illegible] Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



Case 2:21-cv-02259-ILRL-JVM   Document 5-2   Filed 01/11/22   Page 2 of 2

USPS TRACKING #

NEW ORLEANS LA 700

6 JAN 2022 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5674 9346 9037 32

United States Postal Service

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 1 1 2022
CAROL L MICHEL CLERK

Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET  ROOM C-151
NEW ORLEANS, LA 70130

21-2259 #4