UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JASON LEON GRIFFIN**                         **CIVIL ACTION**

**VERSUS**                                     **NO. 21-2259**

**DANIEL FLEISCHMAN**                      **SECTION "B"(1)**

## JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Fleischman, and against Petitioner, Jason Leon Griffin, DISMISSING Petitioner's claims against Defendant with prejudice.

New Orleans, Louisiana, this  5th  day of May, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE